**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GOLO, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>GOLI NUTRITION INC., a Canadian Corporation, GOLI NUTRITION INC., a Delaware Corporation and Michael Bitensky,<br><br>      Defendants.<br><hr>GOLI NUTRITION INC., a Canadian Corporation, GOLI NUTRITION INC., a Delaware Corporation, and Michael Bitensky,<br><br>      Counter-Plaintiffs,<br><br>      v.<br><br>GOLO, LLC and Christopher Lundin<br><br>      Counter-Claim Defendants. | C.A. No. 20-667-RGA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

      I, Stephanie E. O'Byrne, do hereby certify that on the 14th day of July, 2022, a copy of Tabitha Brown's Responses and Objections to GOLO LLC's Subpoena for Production of Documents was served on the following counsel of record via electronic mail:

Chad S. Stover
**BARNES & THORNBURG LLP**
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 300-3474
Facsimile: (302) 300-3456
cstover@btlaw.com

John A. Cullis
Lawrence E. James
Andrea J. Calvert
**BARNES & THORNBURG LLP**
One N. Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone: (312) 214-4572
Facsimile: (312) 759-5646
john.cullis@btlaw.com
lee.james@btlaw.com
andrea.calvert@btlaw.com

| | |
|---|---|
| Dated: July 15, 2022 | Respectfully submitted, |
| **OF COUNSEL:** | **DLA PIPER LLP (US)** |
| Tamar Y. Duvdevani (admitted *Pro Hac Vice*)<br>Andrew Jay Peck (admitted *Pro Hac Vice*)<br>Kerry A. O'Neill (admitted *Pro Hac Vice*)<br>Colin Steele (admitted *Pro Hac Vice*)<br>**DLA PIPER LLP (US)**<br>1251 Avenue of the Americas<br>New York, NY 10020-1104<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>tamar.duvdevani@us.dlapiper.com<br>andrew.peck@us.dlapiper.com<br>kerry.oneill@us.dlapiper.com<br>colin.steele@us.dlapiper.com | /s/ Stephanie E. O'Byrne<br>Brian A. Biggs (DE Bar No. 5591)<br>Stephanie E. O'Byrne (DE Bar No. 4446)<br>1201 North Market Street Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>brian.biggs@us.dlapiper.com<br>stephanie.obyrne@us.dlapiper.com<br><br>*Attorneys for Defendants* |
| Safraz W. Ishmael (admitted *Pro Hac Vice*)<br>**DLA PIPER LLP (US)**<br>33 Arch Street, 26th Floor<br>Boston, Massachusetts 02110-1447<br>Telephone: (617) 406-6000<br>safraz.ishmael@us.dlapiper.com | |
| Melissa A. Reinckens (admitted *Pro Hac Vice*)<br>Susan Acquista (admitted *Pro Hac Vice*)<br>**DLA PIPER LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Telephone: (619) 699-2700<br>Facsimile: (619) 669-2701<br>melissa.reinckens@us.dlapiper.com<br>susan.acquista@us.dlapiper.com | |