# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOLO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Goli Nutrition Inc., a Canadian Corporation, Goli Nutrition Inc., a Delaware Corporation and Michael Bitensky,<br><br>Defendants. | C.A. No. 20-667-RGA<br><br>**JURY TRIAL DEMANDED** |
| Goli Nutrition Inc., a Canadian Corporation and Goli Nutrition Inc., a Delaware Corporation,<br><br>Counter-Plaintiffs,<br>v.<br>GOLO, LLC and Christopher Lundin,<br><br>Counter-Claim Defendants. | |

## DEFENDANTS' RULE 30(B)(1) NOTICE OF
## DEPOSITION OF EDEN COVINGTON

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Defendants Goli Nutrition Inc., a Canadian Corporation, Goli Nutrition Inc., a Delaware Corporation, and Michael Bitensky will take the videotaped deposition upon oral examination of **Eden Covington** under oath, commencing at 9:00 a.m. (Eastern Time) on November 1, 2022, or at such date and time as the parties otherwise agree, at the offices of counsel for Defendants, DLA Piper LLP (US) 1201 North Market Street, Suite 2100, Wilmington, DE 19801.  The videotaped deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as is permitted under the Federal Rules of Civil Procedure and other applicable law and shall continue day to day until completed.

Dated: September 15, 2022

| | |
|---|---|
| **OF COUNSEL:** | **DLA PIPER LLP (US)** |
| | |
| Tamar Y. Duvdevani | /s/ *Stephanie O'Byrne* |
| Andrew J. Peck | Brian A. Biggs (DE Bar No. 5591) |
| Kerry A. O'Neill | Stephanie E. O'Byrne (DE Bar No. 4446) |
| Colin Steele | |
| **DLA PIPER LLP (US)** | 1201 North Market Street Suite 2100 |
| 1251 Avenue of the Americas | Wilmington, Delaware 19801 |
| New York, NY 10020-1104 | Telephone: (302) 468-5700 |
| Telephone: (212) 335-4500 | Facsimile: (302) 394-2341 |
| Facsimile: (212) 335-4501 | brian.biggs@us.dlapiper.com |
| tamar.duvdevani@us.dlapiper.com | stephanie.obyrne@us.dlapiper.com |
| andrew.peck@us.dlapiper.com | |
| kerry.oneill@us.dlapiper.com | *Attorneys for Defendants* |
| colin.steele@us.dlapiper.com | |

Safraz W. Ishmael
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
Telephone: (617) 406-6000
safraz.ishmael@us.dlapiper.com

Melissa A. Reinckens
Susan N Acquista
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
melissa.reinckens@us.dlapiper.com
susan.acquista@us.dlapiper.com