## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOLO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Goli Nutrition Inc., a Canadian Corporation,<br>Goli Nutrition Inc., a Delaware Corporation and<br>Michael Bitensky,<br><br>Defendants. | C.A. No. 20-667-RGA<br><br>**JURY TRIAL DEMANDED** |
| Goli Nutrition Inc., a Canadian Corporation and<br>Goli Nutrition Inc., a Delaware Corporation,<br><br>Counter-Plaintiffs,<br>v.<br>GOLO, LLC and Christopher Lundin,<br><br>Counter-Claim Defendants. | |

## DEFENDANTS' AND COUNTER-PLAINTIFFS'
## MOTION FOR SUMMARY JUDGMENT

Defendants and Counter-Plaintiffs Goli Nutrition Inc., a Canadian corporation, Goli Nutrition Inc., a Delaware corporation, and Michael Bitensky (together, "GN") by and through their undersigned counsel, respectfully move this Court pursuant to Fed. R. Civ. P. 56 for summary judgment dismissing Counts I-II, IV-VI of the First Amended Complaint ("FAC") that ordering that: (1) GN is not liable for trademark infringement or unfair competition under the Lanham Act Or Delaware Uniform Trade Practices Act (D.I. 124, Counts I-II, V); (2) GN's advertisements at issue (*id.*, ¶ 177) are not false or misleading under the Lanham Act or the Delaware Uniform Trade Practices Act (*id.*, Counts IV, VI); and that (3) GN's conduct has not caused GOLO to suffer any harm resulting in the dismissal of GOLO's false advertising claims, *id.*, Counts IV, VI, and a

failure to show entitlement to monetary damages on its infringement and unfair competition claims (*id.*, ¶ 238, 240, 242).  GN further moves for summary judgment on Count I of its Counterclaims (D.I. 161, Count I).  The grounds for GN's motion are set forth in the Opening Brief in Support of Defendants' and Counter-Plaintiffs' Motion for Summary Judgment filed concurrently herewith.

Dated: April 14, 2023

**OF COUNSEL:**

Tamar Y. Duvdevani (admitted *Pro Hac Vice*)
Andrew Jay Peck (admitted *Pro Hac Vice*)
Colin Steele (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
tamar.duvdevani@us.dlapiper.com
andrew.peck@us.dlapiper.com
colin.steele@us.dlapiper.com

Safraz W. Ishmael (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
Telephone: (617) 406-6000
safraz.ishmael@us.dlapiper.com

Melissa Reinckens (admitted *Pro Hac Vice*)
Susan Acquista (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
melissa.reinckens@us.dlapiper.com
susan.acquista@us.dlapiper.com

Oscar M. Orozco-Botello (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 595-3077
Facsimile: (310) 595-3377
oscar.orozco-botello@us.dlapiper.com

**DLA PIPER LLP (US)**

*/s/ Stephanie E. O'Byrne*
Brian A. Biggs (DE Bar No. 5591)
Stephanie E. O'Byrne (DE Bar No. 4446)
1201 North Market Street Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
brian.biggs@us.dlapiper.com
stephanie.obyrne@us.dlapiper.com

*Attorneys for Defendants & Counterclaim-Plaintiffs Goli Nutrition Inc., a Canadian Corporation, Goli Nutrition Inc., a Delaware Corporation, and Michael Bitensky*