IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOLO, LLC,<br><br>              Plaintiff,<br>  v.<br><br>GOLI NUTRITION INC., a Canadian Corporation, GOLI NUTRITION INC., a Delaware Corporation, and MICHAEL BITENSKY,<br><br>              Defendants.<br><br>GOLI NUTRITION INC., a Canadian Corporation and GOLI NUTRITION INC., a Delaware Corporation,<br><br>              Counter-Plaintiffs.<br>  v.<br><br>GOLO, LLC, and CHRISTOPHER LUNDIN,<br><br>              Counter-Defendants. | C.A. No. 20-667-RGA |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE PUBLIC VERSIONS

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties, subject to the approval of the Court, that the deadline for the parties to file public versions of the Opening Brief in Support of Plaintiff GOLO, LLC's Motion to Exclude Testimony of Defendant Goli Nutrition Inc.'s Expert Witnesses (D.I. 512), the Opening Brief in Support of Defendants' and Counterclaim-Plaintiffs' Motion to Exclude Expert Testimony (D.I. 513), the Declaration of Melissa A. Reinckens in Support of Defendants' and Counter-Plaintiffs' Motion to Exclude Expert Testimony (D.I. 514), Plaintiff GOLO, LLC's Opening Brief in Support of its Motion for Partial Summary Judgment (D.I. 516), Defendants and Counter-Plaintiffs' Motion for Summary Judgment (D.I. 518), the Declaration of Melissa A. Reinckens in Support of Goli Nutrition, Inc.'s

Motion for Summary Judgment (D.I. 519), and the Declaration of Chad S.C. Stover in Support of GOLO, LLC's Motion for Partial Summary Judgment and Motion to Exclude Opinions and Testimony of Goli Nutrition, Inc.'s Expert Witnesses (D.I. 520) is extended until May 1, 2023. The reason for the request is to allow the parties more time to prepare the redactions.

Dated: April 19, 2023

| **BARNES & THORNBURG LLP** | **DLA PIPER LLP (US)** |
|---|---|
| /s/ Chad S.C. Stover | /s/ Matthew S. Middleton |
| Chad S.C. Stover (No. 4919) | Stephanie O'Byrne (DE Bar No. 4446) |
| William J. Burton (No. 6243) | Brian A. Biggs (DE Bar No. 5591) |
| 222 Delaware Avenue, Suite 1200 | Matthew S. Middleton (DE Bar No. 6877) |
| Wilmington, DE 19801 | 1201 North Market Street, Suite 2100 |
| Telephone: (302) 300-3474 | Wilmington, DE 19801 |
| Email: cstover@btlaw.com | Telephone: (302) 468-5700 |
| Email: william.burton@btlaw.com | Facsimile: (302) 394-2341 |
| | stephanie.obyrne@dlapiper.com |
| Darren Cahr | brian.biggs@us.dlapiper.com |
| SCHARF BANKS MARMOR LLC | matthew.middleton@us.dlapiper.com |
| 333 West Wacker Drive, Suite 450 | |
| Chicago, IL 60606 | Of Counsel: |
| Tel: (312) 897-1484 | |
| Email: dcahr@scharfbanks.com | Tamar Y. Duvdevani |
| | Andrew J. Peck |
| Amy P. Lally (Admitted *pro hac vice*) | Kerry A. O'Neill |
| SIDLEY AUSTIN LLP | Colin Steele |
| 1999 Avenue of the Stars, 17th Floor | DLA PIPER LLP (US) |
| Los Angeles, CA 90067 | 1251 Avenue of the Americas |
| Tel: (310) 595-9500 | New York, NY 10020-1104 |
| Email:alally@sidley.com | Telephone: (212) 335-4500 |
| | Facsimile: (212) 335-4501 |
| Mark D. Hopson (Admitted *pro hac vice*) | tamar.duvdevani@us.dlapiper.com |
| Benjamin M. Mundel (Admitted *pro hac vice*) | andrew.peck@us.dlapiper.com |
| Jacquelyn E. Fradette (Admitted *pro hac vice*) | kerry.oneill@us.dlapiper.com |
| SIDLEY AUSTIN LLP | colin.steele@us.dlapiper.com |
| 1501 K Street, N.W. | |
| Washington, D.C. 20005 | |
| Tel: (202) 736-8000 | |
| Email: mhopson@sidley.com | |
| Email: bmundel@sidley.com | |

Email: jfradette@sidley.com

Rachel L. Hampton (Admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Email: rhampton@sidley.com

Kristina Martinez (Admitted *pro hac vice*)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Tel: (213) 896-6000
Email: kmartinez@sidley.com

*Counsel for GOLO, LLC and Mr. Lundin*

Safraz W. Ishmael
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
Telephone: (617) 406-6000
safraz.ishmael@us.dlapiper.com

Melissa A. Reinckens
Susan N Acquista
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
melissa.reinckens@us.dlapiper.com
susan.acquista@us.dlapiper.com

IT IS SO ORDERED, this _____ day of _____, 2023

_____
United States District Judge

3