# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOLO, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 20-667-RGA-SRF ) |
| GOLI NUTRITION INC., a Canadian Corp., GOLI NUTRITION INC., a Delaware Corp., and MICHAEL BITENSKY, | ) ) ) ) ) |
| Defendants. | ) |
| GOLI NUTRITION INC., a Canadian Corp., and GOLI NUTRITION INC., a Delaware Corp., | ) ) ) ) |
| Counter-Plaintiffs, | ) ) |
| v. | ) ) |
| GOLO, LLC and CHRISTOPHER LUNDIN, | ) ) ) |
| Counter-Defendants. | ) ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83.7, the undersigned counsel hereby notifies the Court that John A. Cullis, Lawrence E. James, Christina M. Baugh, Andrew P. Young, and Roya Rahmanpour of Barnes & Thornburg LLP withdraw their appearances on behalf of Plaintiff GOLO LLC and Counterclaim-Defendant Christopher Lundin (collectively, "GOLO") in the above-captioned action.

The undersigned counsel from Barnes & Thornburg LLP, Sidley Austin LLP and Scharf Banks Marmor LLC continue to represent GOLO.

Dated:  April 26, 2023              BARNES & THORNBURG LLP

By: /s/ Chad S.C. Stover
    Chad S.C. Stover (No. 4919)
    William J. Burton (No. 6243)
    222 Delaware Avenue, Suite 1200
    Wilmington, DE 19801
    Tel: (302) 300-3474
    Email: chad.stover@btlaw.com
    Email:  William.burton@btlaw.com

    Andrea J. Calvert (Admitted pro hac vice)
    Megan K. Krivoshey (Admitted pro hac vice)
    One N. Wacker Drive, Suite 4400
    Chicago, IL 60606-2833
    Tel:  (312) 214-4576
    Email:  ACalvert@btlaw.com
    Email: megan.krivoshey@btlaw.com

    Amy P. Lally (Admitted *pro hac vice*)
    SIDLEY AUSTIN LLP
    1999 Avenue of the Stars, 17th Floor
    Los Angeles, CA 90067
    Tel: (310) 595-9500
    Email: alally@sidley.com

    Mark D. Hopson (Admitted *pro hac vice*)
    Benjamin M. Mundel (Admitted *pro hac vice*)
    Jacquelyn E. Fradette (Admitted *pro hac vice*)
    SIDLEY AUSTIN LLP
    1501 K Street, N.W.
    Washington, D.C. 20005
    Tel: (202) 736-8000
    Email: mhopson@sidley.com
    Email: bmundel@sidley.com
    Email: jfradette@sidley.com

    Rachel L. Hampton (Admitted *pro hac vice*)
    SIDLEY AUSTIN LLP
    One South Dearborn
    Chicago, IL 60603
    Tel: (312) 853-7000
    Email: rhampton@sidley.com

Carpenter (Admitted *pro hac vice*)
Kristina Martinez (Admitted *pro hac vice*)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Tel: (213) 896-6000
Email: kmartinez@sidley.com

Darren Cahr (Admitted *pro hac vice*)
Scharf Banks Marmor LLC
333 West Wacker Drive, Suite 450
Chicago, IL 60606
Tel:  (312) 897-1484
Email:  dcahr@scharfbanks.com

*Attorneys for GOLO LLC and Christopher Lundin*