IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOLO, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 20-667-RGA-SRF |
| GOLI NUTRITION, INC., a Canadian Corporaton, GOLI NUTRITION, INC., a Delaware Corporation, and MICHAEL BITENSKY, | : | |
| Defendants. | : | |

**ORDER**

This **30th** day of June 2023, after reading the Magistrate Judge's Report and Recommendation dated June 15, 2023 (D.I. 592), and no objections to the Report and Recommendation having been received, and the Court having concluded that the Magistrate Judge's Report and Recommendation is legally and factually sound, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 592) is **ADOPTED**.

2. Plaintiff's motion for sanctions under Fed. R. Civ. P. 11 (D.I. 313) is **DENIED**.

United States District Judge