IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOLO, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>GOLI NUTRITION INC., a Canadian Corporation, GOLI NUTRITION INC., a Delaware Corporation, and MICHAEL BITENSKY,<br><br>   Defendants. | C.A. No. 20-667-CFC |
| GOLI NUTRITION INC., a Canadian Corporation, GOLI NUTRITION INC., a Delaware Corporation and MICHAEL BITENSKY,<br><br>   Counter-Plaintiffs,<br><br> v.<br><br>GOLO, LLC and CHRISTOPHER LUNDIN,<br><br>   Counter-Defendants. | |

**FINAL JURY VERDICT FORM - TRADEMARK**

## Trademark Infringement Claims

1. **Did Golo prove by a preponderance of the evidence that Goli Nutrition's use of the brand name Goli causes a likelihood of confusion with Golo's trademark?**

    YES _____     NO __X__

    *If you answered "yes" to Question 1, then proceed to Question 2.*

    *If you answered "no" to Question 1, then your verdict is for Goli Nutrition and you should skip to the bottom, and sign the form below.*

2. **Has Golo proven, by a preponderance of the evidence, that Michael Bitensky is individually liable for Goli Nutrition's trademark infringement?**

    YES _____     NO _____

    *Proceed to End*

**STOP:** Sign the form and advise the marshal that you have reached a verdict.

FOREPERSON: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2